**Order entered March 12, 2021**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00593-CV

## BROOKE ARMBRISTER, Appellant

## V.

## AMERICAN HONDA FINANCE CORPORATION, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-00400

### ORDER
Before Justices Osborne and Carlyle[1]

Before the Court is a document filed by appellant Brooke Armbrister on February 12, 2021, asking the Clerk of the Court to reverse the mandate issued in this case. We construe the document as a motion to recall the mandate and modify the judgment. We **DENY** the motion.

---

[1] The Honorable Bill Whitehill, Justice, participated in the Court's opinion in this case, but he did not participate in resolving the motion denied by this Order.

/s/     CORY L. CARLYLE
JUSTICE